Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.; Hotchkiss, J., dissented.

Kraus-Baum Company, Respondent, v. Moses Housman, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

George Slatter, Appellant, v. C. F. Bond Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. John Bodner, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

John S. Williams, Appellant, v. Otto Giebelhausen and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, · Dowling and Hotchkiss, JJ.

George A. Lee, Respondent, v. Julian M. Gerard, Appellant, Impleaded with Others.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Joseph J. A. Mackey, Appellant, v. Peter J. Dooling, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Bertha Bohling, Respondent, v. The Prudential Insurance Company of America, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Bertha Bohling, Respondent, v. The Prudential Insurance Company of America, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Alois Bay and Another, Respondents, v. Maria A. O'Brien, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Joseph Egan, Plaintiff, v. The Pearson Publishing Company, a Corporation, Defendant.— Exceptions overruled and judgment ordered for plaintiff on verdict, with costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Joseph E. Reid, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Max Adler and Herman Lipsky, Appellants.— Judgment and orders affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Lillian B. Shuman, Respondent, v. George H. Shuman, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.